IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL LEE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:23-cv-88 |
| THE STATE BUREAU OF ) | |
| INVESTIGATION, ROBIN ) | |
| PENDERGRAFT, and ) | |
| SHARON R HINTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 3, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed pursuant to 28 U.S.C. § 1915A for being frivolous. No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of May, 2023.

                                              /s/ William L. Osteen, Jr.
                                              United States District Judge